38652. GEORGIA POWER COMPANY v. FOSTER WHEELER CORPORATION.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Marshall and Clarke, JJ., who dissent.*

DECIDED OCTOBER 5, 1982.

*Leland G. Cook,* for appellant.
*Burt DeRieux, Eileen M. Crowley,* for appellee.